**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on September 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Phillip Alvarado** | : | CASE NO. 18-22379 |
| Debtors | : | The Honorable Stacey L. Meisel |

___

### ORDER FOR AUTHORITY TO ENTER INTO A
### MORTGAGE LOAN MODIFICATION

___

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: September 4, 2019**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:     **Phillip Alvarado**
Case No.:    18-22379-SLM
Caption:     **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

___

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtors, **Phillip Alvarado**, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 23 Lakeview Ave Little Ferry, NJ 07643.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim within 60 days of the entry of this Order to reflect the arrears that have already been paid through the Chapter 13 Plan and for the remaining amount of the arrears claim to be paid through through the loan modification.

**IT IS ORDERED** that the debtor shall file Amended Schedules I and J within 21 days of the entry of this Order.

**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the attorney, Russell L. Low, Esq., for the Debtor and secured creditor, Specialized Loan Servicing LLC appearing and for good cause having been shown;

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby granted.

United States Bankruptcy Court
District of New Jersey

In re:  
Phillip Alvarado  
    Debtor

Case No. 18-22379-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db          +Phillip Alvarado,    23 Lakeview Ave,    Little Ferry, NJ 07643-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
          CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH  
          CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
          Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through  
          Certificates, Series 2005-9 rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Phillip Alvarado rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 5